# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| JAMES R. O'DONNEL, JR., <br><br> Plaintiff, <br> v. <br><br> AFFILIATE ASSET SOLUTIONS, LLC, <br><br> Defendant. | Case No. 3:20-cv-00243-B <br><br> Honorable Judge David S. Morales |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff JAMES R. O'DONNEL, JR., and the Defendant, AFFILIATE ASSET SOLUTIONS, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against AFFILIATE ASSET SOLUTIONS, LLC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: October 27, 2020                              Respectfully Submitted,

| **JAMES R. O'DONNEL, JR.** | **AFFILIATE ASSET SOLUTIONS, LLC** |
|---|---|
| */s/ Nathan C. Volheim* | */s/ Charles R. Penot, Jr.* (*with consent*) |
| Nathan C. Volheim | Charles R. Penot, Jr. |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Sessions, Fishman, Nathan & Israel |
| 2500 S. Highland Avenue, Suite 200 | 900 Jackson Street, Suite 440 |
| Lombard, Illinois 60148 | Dallas, Texas 75202 |
| Phone: (630) 575-8181 | Phone: (214) 741-3009 |
| Fax: (630) 575-8188 | Fax: (214) 741-3098 |
| nvolheim@sulaimanlaw.com | cpenot@sessions.legal |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim