United States District Court
Southern District of Texas
**ENTERED**
October 28, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JAMES R. O'DONNEL JR., § | |
| § | |
| *Plaintiff,* § | |
| VS. § | 3:20-CV-243 |
| § | |
| AFFILIATE ASSET SOLUTIONS, LLC, § | |
| § | |
| *Defendant.* § | |

# ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' agreed stipulation of dismissal with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 15. Accordingly, it is hereby ordered that all claims asserted by the plaintiff James R. O'Donnel Jr. against the defendant Affiliate Asset Solutions, LLC are dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT**.

Signed on Galveston Island on this, the 28th day of October, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE